IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00309-ZLW

JASON SANDOVAL,

        Plaintiff,

v.

ARISTEDED ZAVARAS,
STEVEN HARTLEY,
CATHY HOLST,
A. EVANS,
CAPT. KEN SOKOL,
JANE DOE #1,
JANE DOE #2,
JANE DOE/JOHN DOE#3,
LT. MILBURN, and
TRAVIS TRANI,

        Defendants.

ORDER TO CURE DEFICIENCY

Miller, Judge

        Plaintiff submitted a Notice of Appeal on April 17, 2007 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**     **Filing Fee**
        X     is not submitted

**(B)**     **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
        X     is not submitted
        __     is missing affidavit
        __     is missing certified copy of prisoner's trust fund statement for the 6-month period

        immediately preceding this filing
___ is missing required financial information
___ is missing an original signature by the prisoner
___ is not on proper form (must use the court's current form)
___ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __19__ day of _____April_____, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court